# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Magistrate Docket No. _____ |
| | ) COMPLAINT FOR VIOLATION OF: |
| Plaintiff | ) |
| | ) TITLE 18 U.S.C. § 1544 |
| | ) Misuse of Passport (Felony) |
| v. | ) |
| | ) TITLE 18 U.S.C. § 1544 |
| Maria ORTIZ-ESCOBAR | ) Misuse of Passport (Felony) |
| Defendant | ) |
| | ) |
| | ) |

'08 MJ 21 16

The undersigned complainant, being duly sworn, states:

### Count 1
On or about July 7, 2008, within the Southern District of California, defendant Maria ORTIZ-ESCOBAR did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting US passport number 035554199, issued to Adelfina VAZQUEZ De MERCADO, to a Department of Homeland Security, Customs and Border Protection Officer at the San Ysidro Port of Entry, knowing full well that she was not Adelfina VAZQUEZ De MERCADO, and that the passport was not issued or designed for her use; all in violation of Title 18, United States Code, Section 1544.

### Count 2
On or about July 10, 2008, within the Southern District of California, defendant Maria ORTIZ-ESCOBAR did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting US passport number 309957153, issued to Gloria Gricel GALVAN to a Department of Homeland Security, Customs and Border Protection Officer at the San Ysidro Port of Entry, knowing full well that she was not Gloria Gricel GALVAN, and that the passport was not issued or designed for her use; all in violation of Title 18, United States Code, Section 1544.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Bruce Palombo
Special Agent
U.S. Department of State
Diplomatic Security Service

SWORN AND SUBSCRIBED to before me
This ____11th____ day of ___July___, 2008.

_____ UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT & STATEMENT OF FACTS

I, Bruce A. Palombo, being duly sworn, declare under penalty of perjury that the following statement is true and correct:

1. I am a Special Agent (SA) with the U.S. Department of State, Diplomatic Security Service (DSS) assigned to the San Diego, CA Resident Office. I have been so employed for three years and have investigated numerous violations involving the false application for and misuse of United States Passports and Visas.

2. During the performance of my duties, I have obtained evidence that Maria ORTIZ-ESCOBAR (hereafter DEFENDANT) used a Passport issued for the use of another on two occasions for the purpose of illegal entry into the United States. This Affidavit is made in support of a complaint against Maria ORTIZ-ESCOBAR for violations of Title 18, U.S.C., Section 1544, Misuse of a Passport (2 counts).

3. On July 7, 2008, at approximately 1329 hours, Maria ORTIZ-ESCOBAR presented a data information and photo altered U.S. Passport number 035554199 in the name of Adelfina VAZQUEZ De MERCADO to a CBP Officer with the intent to gain entry to the U.S. The true U.S. Passport number for Ms. VAZQUEZ DE MERCADO is 035754199, and it expired in April of 2006. DEFENDANT was referred to secondary inspection where the true identity of DEFENDANT was revealed.

4. DEFENDANT was expeditiously removed to Mexico for five years.

5. On July 10, 2008, at approximately 1000 hours, Maria ORTIZ-ESCOBAR presented U.S. Passport number 309957153 in the name of Gloria Gricel GALVAN to a CBP Officer with the intent to gain entry to the U.S. DEFENDANT was referred to secondary inspection where she was fingerprinted and a previous immigration record and the true identity of DEFENDANT was revealed.

6. Affiant conducted checks of the U.S. Department of State U.S. Passport database and learned that U.S. Passport number 035754199 (altered, the number presented was 035554199) had been issued on April 2, 1996, with an expiration date in April of 2006, to Adelfina VAZQUEZ De MERCADO.

7. Affiant conducted checks of the U.S. Department of State U.S. Passport database and learned that U.S. Passport number 309957153 had been issued on December 7, 2006 to Gloria Gricel GALVAN. Affiant spoke to Ms. Galvan and she indicated she had contacted the local police and the U.S. Passport office to report U.S. Passport number 309957153 was lost/stolen.

8. On July 10, 2008 at approximately 1600 hrs, Reporting Agent and a CBP officer interviewed DEFENDANT at the San Ysidro Port of Entry. DEFENDANT read a Miranda warning in her native language (Spanish) and DEFENDANT waived her rights to counsel. DEFENDANT admitted that her true name was Maria ORTIZ-ESCOBAR, that her true date of birth is May 27, 1980, that her true place of birth was in Acapulco, Mexico, and that the two U.S. Passports she used on these days (July 7th and July 10th 2008) were not issued to her for her use. DEFENDANT admitted that she purchased the U.S

Passports for $600 and $60 (respectively) in Tijuana, Mexico. DEFENDANT admitted she had not been granted permission by any governing agency or individual in the United States Government to enter the United States.

9. On the basis of the facts presented in this probable cause statement, there is probable cause to believe that:

   a. DEFENDANT named in this probable cause statement, committed the offense on July 7, 2008 – in violation of Title 18 U.S.C., Section 1544, Misuse of a Passport – when she knowingly and willfully used the U.S. Passport belonging to another, Adelfina VAZQUEZ DE MERCADO, knowing that it was not issued to her or designed for her use.

   b. DEFENDANT named in this probable cause statement, committed the offense on July 10, 2008 – in violation of Title 18 U.S.C., Section 1544, Misuse of a Passport – when she knowingly and willfully used the U.S. Passport belonging to another, Gloria Gricel GALVAN, knowing that it was not issued to her or designed for her use.