AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MARIA ORTIZ-ESCOBAR

WAIVER OF INDICTMENT

CASE NUMBER: 08CR2615-LAB

FILED
AUG - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

I, __MARIA ORTIZ-ESCOBAR__, the above named defendant, who is accused of violating Title 18, U. S. C., Sec. 1544 - Misuse of Passport (Felony), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8/7/2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

MARIA ORTIZ-ESCOBAR
Defendant

LEILA W. MORGAN
Counsel for Defendant

Before _____
       JUDICIAL OFFICER

CJB:lml:7/22/08